UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| EDWARD H WOLFERD JR | : | |
| | : | Bankruptcy No. 0524427 |
| Debtor(s) | : | Chapter 13 |

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date: **05/14/09**
Time: **09:30 A.M.**
Place: United States Bankruptcy Court
Courtroom #5
900 Market Street
Philadelphia, PA 19107-4295

\* \* \* \* \* \* \* \* \* \*

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.  Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.  The Plan does not appear to be feasible.

    WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:  April 15, 2009                                                                Respectfully submitted,


                                                                  /S/ Frederick L. Reigle, Esq.

                                                                  FREDERICK L. REIGLE, Esq.,
                                                                  Standing Chapter 13 Trustee
                                                                  P.O. Box 4010
                                                                  Reading, Pennsylvania 19606
                                                                  Telephone:  (610) 779-1313