UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
EDWARD H WOLFERD JR                                 :
                                                    :    Bankruptcy No. 0524427
            Debtor(s)                               :    Chapter 13

# ORDER

AND NOW, this  14  day of  May , 2009, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

_____
Jean K. FitzSimon , B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


EDWARD H WOLFERD JR
1428 RIVER HILL ROAD
PEQUEA PA 175659780


MICHAEL D HESS ESQ
951 ROHRERSTOWN RD
SUITE 102
LANCASTER PA 17601